ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL X

| EFRAÍN MORALES RIVERA, Peticionaria, v. GABRIEL GONZÁLEZ RIVERA, Recurrida. | KLCE202401213 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Guayama. Civil núm.: GM2024CV00434. Sobre: interdicto posesorio. |
|---|---|---|

Panel integrado por su presidenta, la juez Lebrón Nieves, la jueza Romero García y el juez Rivera Torres.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de diciembre de 2024.

El 6 de noviembre de 2024, el señor Efraín Morales Rivera (señor Morales) instó este recurso discrecional de *certiorari*[1] con el fin de que este Tribunal revoque la *Resolución* emitida y notificada por el Tribunal de Primera Instancia, Sala Superior de Guayama, el 3 de octubre de 2024.

En su *Resolución*, el foro primario concluyó que, en vez de disponer sumariamente del interdicto posesorio instado por el señor Morales, habría de convertir el pleito en uno ordinario[2].

Inconforme, el señor Morales instó este recurso y le imputó al foro primario, en síntesis, el error de haber convertido el proceso en uno ordinario. Su argumento medular es a los efectos de que, en una acción interdictal posesoria, la titularidad de las fincas en controversia no es pertinente.

Por su parte, la parte recurrida, señor Gabriel González Rivera (señor González), presentó su oposición a la expedición del recurso el 20

---

[1] El 8 de noviembre de 2024, el señor Morales presentó una *Moción de auxilio de jurisdicción para que se paralice acción en instancia*. Mediante nuestra *Resolución* de esa misma fecha, declaramos con lugar su petición, por lo que ordenamos la paralización de todo procedimiento ante el foro primario relacionado con el caso del título. A la luz de lo que hoy disponemos, **dejamos sin efecto la paralización de los procedimientos**, los cuales podrán continuar su curso.

[2] *Véase*, apéndice del recurso, a las págs. 1-6.

Número identificador

RES2024_____

de noviembre de 2024. Conforme a la postura asumida desde el comienzo del pleito, el señor González planteó que no se trataba de una controversia sobre la titularidad de los predios de terreno - asunto no susceptible de atenderse en el procedimiento sumario del interdicto posesorio - sino un asunto de identificación adecuada y correcta del bien cuya posesión reclama el señor Morales.

Evaluados los sendos escritos de las partes comparecientes y sus respectivos apéndices a la luz del derecho aplicable, este Tribunal concluye que no concurre criterio alguno de los establecidos en la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40. Ello, pues del expediente no surge un abuso de discreción atribuible al Tribunal de Primera Instancia, así como tampoco error de derecho alguno, que amerite que dejemos sin efecto la resolución emitida. Por tanto, **denegamos la expedición del recurso**.

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones